PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Kevin Gonzalez                                    Cr.: 14-00714-001
                                                                    PACTS #: 67757

Name of Sentencing Judicial Officer:    THE HONORABLE CLAIRE C. CECCHI
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/06/2016

Original Offense:    Possession with Intent to Distribute Methylone

Original Sentence: 19 months imprisonment, 2 years supervised release, $100 special assessment

Special Conditions: Alcohol and Drug Testing/Treatment, DNA Testing

Type of Supervision: Supervised Release            Date Supervision Commenced: 08/15/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On December 4, 2018, Gonzalez was arrested by the Clifton Police Department and charged with theft by unlawful taking. According to police reports, Gonzalez allegedly stole a total of $246 from his former employer, Wingstop restaurant. |
|   | On January 8, 2019, the above charge was dismissed at the Clifton Municipal Court. |

U.S. Probation Officer Action:

The Probation Office has intensified supervision efforts with the offender. Since his arrest, our office conducted an adjustment session with Gonzalez and utilized STARR skills for intervention purposes. Gonzalez is currently enrolled in a full-time culinary arts program through Eva's Village in Paterson and maintains part-time employment at IHOP. Our office recommends withholding Court action at this time. We will advise the Court of any additional instances of noncompliance.

Respectfully submitted,

*Anthony J. Nisi*

By: Anthony J Nisi
U.S. Probation Officer
Date: 03/05/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

3/6/19
_____
Date